## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER

1633 BROADWAY
NEW YORK, NY 10019-6708
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1131

WRITER'S DIRECT FAX
(212) 373-7931
E-MAIL
JRUBINSTEIN@FKLAW.COM

HARVEY WEISSBARD
NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
LISA S. GETSON
JOHN N. ORSINI
JEFFREY R. WANG
MYRIAM FORD
SHIRA D. WEINER
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
LILI ZANDPOUR
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
AMY LURIA
JESSICA RICHMAN SMITH
KEVIN L. OBERDORFER
ELLEN LONDON
JENNIFER P. KRAKOWSKY
JORDAN I. BRACKETT
JOHN C. LIN
ANDREW S. PAK
PHILIP A. WELLNER
BETTY W. GEE
AMY K. PENN
ANDREW LEVINE
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
BENJAMIN S. HOLZER*

*ADMITTED IN NJ ONLY

March 1, 2010

**BY ECF AND FACSIMILE**

Hon. Cheryl L. Pollak
Magistrate Judge
U. S. District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

Re: *Teddy Moore v. T-Mobile USA, Inc.*,
No. 10 CV 00527 (SLT) (CLP) (E.D.N.Y.)

Dear Judge Pollak:

We represent T-Mobile USA, Inc. ("T-Mobile") in the above-referenced matter. We write in opposition to plaintiff Teddy Moore's request, dated February 23, 2010, that Your Honor cancel the initial conference scheduled for March 23, 2010 and order an immediate trial.

Contrary to his representation to the Court that this case is trial-ready and that judgment against T-Mobile is a "matter of formality," T-Mobile disputes Mr. Moore's claims and will be seeking limited discovery, after which it intends to move for summary judgment. Specifically, T-Mobile will serve Mr. Moore with limited document requests and interrogatories. After he has responded to these discovery requests, T-Mobile will take Mr. Moore's deposition.

836552.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Cheryl L. Pollak — - 2 - — March 1, 2010

       Accordingly, we submit that Your Honor should deny Mr. Moore's request for an immediate trial and confirm that we are prepared to appear at the scheduled March 23 conference.

       Respectfully,

       *[signature]*
       Jason C. Rubinstein

cc:   Teddy Moore

836552.1