UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TEDDY MOORE,

                Plaintiff,

        - against -

T-MOBILE USA, INC.,

                Defendant.
------------------------------------------------------------x

Index No. 10cv0527 (SLT)(CLP)

**AFFIDAVIT OF SERVICE**

Veronica Garvey, being duly sworn, states:

1.    I am not a party to this action, am over 18 years of age, and work at 1633 Broadway, New York, New York 10019.

2.    On May 5, 2010, I served Defendant T-Mobile USA, Inc.'s Reply Memorandum of Law in Support of Its Motion to Compel Arbitration upon the following individual at the address designated for that purpose:

                Teddy Moore
                83-26 Broadway #301
                Elmhurst, NY 11373

872789.1

3. Service was made by depositing a true copy of the aforementioned documents in a properly addressed wrapper, under the exclusive care and custody of Federal Express for next day delivery at the address indicated above.

Veronica Garvey

Sworn to before me
this 5th day of May, 2010

Notary Public

JOSEPH D. SHAW
Notary Public, State of New York
No. 01SH6130791
Qualified in King County
Commission Expires July 25, 2013

872789.1