**Teddy Moore**
83-26 Broadway #301
Elmhurst NY 11373
917-715-7317
E-mail address: tm738@yahoo.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2010 ★
P.M.
TIME A.M. OFFICE
BROOKLYN OFFICE

May 19, 2010

To: Cheryl L. Pollak, Magistrate Judge
U.S Federal Court for EDNY
225 Cadman Plaza East
Brooklyn NY   11201

RE: Teddy Moore V. T.-Mobile USA Inc
    Case:10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Dear Judge Pollak,

I am Plaintiff in this case, and this is my reply to Defendants allegations as follows:

1. Because the interrogatories are my written depositions too, the CEO of the company is the only person to answer these questions and failure to do so is a violation of the court's order and the rules concerning written depositions.

2. Defendant clearly admitted that it: "Objects to Plaintiff's Teddy Moore's first set of interrogatories and deposition by written questions" and as well "Object to Plaintiff's Teddy Moore's second set of interrogatories and deposition by written questions "This is a clear violation of the law and the order of the court and this is all they did in the mountain of papers intended just to say "No"

3. Defendant, their attorneys and the law firm should be held in contempt of court under rule 37 of FRCP and under 18 U.S.C. § 401, NY judiciary law Article 19, and the common law.

1

4. Defendant's attorneys deserve to be imprisoned because of the mockery of the courts that they conducted in this case and for violating my due process rights in a case, and for the bad faith litigations.

5. It seems that the employee who is aware of the practice of fraud by Defendant against its clients, against its employees and the public at large and the courts, declined to be involved in this matter but she was coerced to sign after the attorneys signed also these objections in violation of the court's order. This signature is as a Defendant and the attorney in clear conflict of interest.

6. Because Defendant has not answered in good faith and just declined to comply with the order of the court there was no point in contacting Defendant to do anything.

7. The litigation before Judge Townes as indicated before has nothing to do with the obvious violation of the court order and the rules of discovery.

8. Due all of the foregoing my request should be granted

Thank you,

Teddy Moore

CC: To: Friedman Kaplan Seiler & Adelman LLP

   To: Pro Se Clerk of Court