# Teddy Moore
83-26 Broadway #301
Elmhurst NY 11373
917-715-7317
E-mail address: tm738@yahoo.com

---

August 9, 2010

To: Cheryl L. Pollak, Magistrate Judge
U.S Federal Court for EDNY
225 Cadman Plaza East
Brooklyn NY   11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 10 2010 ★

BROOKLYN OFFICE

**RE:** Teddy Moore V. T.-Mobile USA Inc
Case:10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Dear Judge Pollak,

I am Plaintiff in this case and this letter is in reply to Defendant's letter as of 8/4/2010 as follows:

1. The issues concerning Defendant's letter were fully submitted to the court several months ago and any additional pleadings in this matter should be filed with leave of court as a matter of due process.

2. The "declaration" by Mr. Alex Abadi is not an affidavit signed before a notary public as the affidavits by Plaintiff is and thus futile for purposes of consideration before a court of law.

3. The "declaration" by Mr. Abadi alleges that I signed a "Service agreement" by a carbon copy which may not be the "Terms and condition" that contains more than dozen pages and thus not suitable to sign as carbon copy, but the attorneys of Defendant attach anyway, again, the unsigned "Term and conditions" implying falsely as if this is what

Mr. Abadi had in mind with the carbon copy. Mr. Abadi does not state that I broke any boxes or seals as Ms. Boca Stated. Finally, Defendant's attorneys failed to present again any document signed by me as reflecting any agreement to arbitrate.

4. Defendant's attorneys attempted from the beginning of the litigation to create facts that does not exist, declined to answer discovery, declined to appear for an evidentiary hearing claiming that they request discovery first and continued in the illegal attempt to avoid any litigation on the merits in this court or in the state court as a litigation tactic which violates Plaintiff's due process rights.

5. Due to all of the foregoing I request from this court to consider additional sanction against Defendant's attorneys for the bad faith litigation in this case.

Respectfully,

Teddy Moore

CC: Judge Sandra L. Townes

Mr. Jason C. Rubinstein, Esq.

Pro Se Clerk