UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TEDDY MOORE                              :
                                         :
                Plaintiff,       :
                                         :  10 CV 00527 (SLT) (CLP)
   - against -                          :
                                         :  **NOTICE OF CHANGE OF**
T-MOBILE USA, INC.                       :  **ADDRESS**
                                         :
                Defendant.       :
                                         :
------------------------------------------------------------------x

       PLEASE TAKE NOTICE that effective March 28, 2011, Jason C. Rubenstein of the firm Friedman Kaplan Seiler & Adelman LLP moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

                                      FRIEDMAN KAPLAN SEILER &
                                        ADELMAN LLP

                                      /s/ Jason C. Rubinstein
                                      Jason C. Rubinstein (jrubinstein@fklaw.com)
                                      7 Times Square
                                      New York, New York  10036-6516
                                      Telephone:  (212) 833-1100
                                      Fax: (212) 833-1250

                                      *Attorneys for Defendant T-Mobile USA, Inc.*

TO:   Teddy Moore
       83-26 Broadway, #301
       Elmhurst, New York 11373

       *Pro Se Plaintiff*

969186.1