ORIGINAL

# Teddy Moore

83-26 Broadway #301
Elmhurst NY 11373
917-715-7317
E-mail address: tm738@yahoo.com

---

May 12, 2011

To: Magistrate Judges Cheryl L. Pollak
　U.S Federal Court for EDNY
　225 Cadman Plaza East
　Brooklyn NY   11201

**RE:** Teddy Moore V. T.-Mobile USA Inc
　　Case:10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Dear Judge Pollak,

This is my request to compel defendant to provide disclosure under rule 30(b)(6.)

　．Attached is hereby my requests under rule 30(b)(6) to disclose names of people responsible for the call making and other who are involved in the merger and acquision. Defendant's attorney informed me that he will not comply without an order of the court.

Sincerely,

Teddy Moore
CC  Mr.Jason Rubinstein,Esq.
　　Pro Se Clerk of court



RECEIVED
MAY 1 3 2011
PRO SE OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Teddy Moore                          )   Index No 10-CV-527(SLT)(CLP)
                                     )
          Plaintiff,                 )
                                     )
     -Against-                       )
                                     )
T-Mobile USA, Inc.                   )
                                     )
          Defendant                  )
                                     )
_____)
```

# NOTICE TO DISCLOSE

PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure,

Plaintiff, *Pro Se*, request herby from Defendant to disclose/designate a person/persons to answer questions

concerning the merger and acquision (Hereafre (M&A) within 30 days

The disclosure will include the names, addresses and phone numbers of those in charge of the M&A.

Dated: April 22, 2011

*[signature]*

Teddy Moore
83-26 Broadway #301
Elmhurst NY 11373

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Teddy Moore ) | Index No 10-CV-527(SLT)(CLP) |
| )  Plaintiff, ) | |
| -Against- ) | |
| T-Mobile USA, Inc. ) | |
| )  Defendant ) | |

# NOTICE TO DISCLOSE

PLEASE TAKE NOTICE, that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, *Pro Se*, request herby from Defendant to disclose/designate a person/persons to answer questions concerning the automatic dialing and/or artificial pre-recorded voices done to collect debts by Defendant (Hereafter "call")

The disclosure will include the names, addresses and phone numbers of those in charge of the call making.

Dated: March 28, 2011

Teddy Moore
83-26 Broadway #301
Elmhurst NY 11373