ORIGINAL

# **Teddy Moore**
400 E 30th Street
New York,NY 10016
917-715-7317
E-mail address: tm738@yahoo.com

May 12, 2011

To: Pro Se Clerk of court
U.S Federal Court of EDNY
225 Cadman Plaza East
Brooklyn NY 11201

**RE: <u>Case: 10 CV-00527(SLT)(CLP) Notice of change of address</u>**

Dear Sir/Madam,

I am Plaintiff in this case and this is to let you know that my address has changed and is now as appears in the caption of this letter.

Thank you,

Teddy Moore

CC: Mr. Jason C. Rubinstein,Esq.
Friedman Kaplan Seler & Adelman LLC
7 Times Square ,28th Floor
New York,NY 10036-6516



RECEIVED
MAY 1 3 2011
PRO SE OFFICE