UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
TEDDY MOORE,

           Plaintiff,

           -against-

T-MOBILE USA INC.,

           Defendant.
----------------------------------------------------X

**ORDER**

10 CV 527 (CLP)

The conference previously scheduled for July 11, 2011 before Magistrate Judge Cheryl Pollak is adjourned pending the decision on T-Mobile's request to renew its motion to compel arbitration before the Honorable Sandra L. Townes.

**SO ORDERED.**

Dated: Brooklyn, New York
       July 5, 2011

                                      Cheryl L. Pollak
                                      United States Magistrate Judge
                                      Eastern District of New York