# Teddy Moore

400 East 30th Street
New York, NY 10016
Phone:917-715-7317
E-mail address: tm738@yahoo.com

February 3, 2012

To: Judge Sandra. L. Townes
    U.S Federal Court for EDNY
    225 Cadman Plaza East
    Brooklyn NY  11201

# ORIGINAL

**RE:** Teddy Moore V. T.-Mobile USA Inc
     Case:10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Dear Judge Townes,

I am Plaintiff in this case and this is my affirmation in opposition and a cross motion in response

to Defendant's motion to compel arbitration.

For the purpose of expeditious adjudication of the motion and cross motion, I request to amend

the scheduling order and grant me 10 days to file my reply to Defendant's anticipated answer, to

the cross motion and it should be far before March 9, 2012, that is now scheduled for

Defendant's reply

    Thank you,

    Teddy Moore

  CC:  Magistrate Judge Ms. Cheryl L. Pollak

      Mr. Jason Rubinstein, Esq.

      Pro Se Clerk of court



RECEIVED
FEB 0 3 2012
PRO SE OFFICE

1