# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

| | | |
|---|---|---|
| BRUCE S. KAPLAN<br>EDWARD A. FRIEDMAN<br>GARY D. FRIEDMAN<br>BARRY A. ADELMAN<br>ERIC SEILER<br>ROBERT D. KAPLAN<br>ANDREW W. GOLDWATER<br>ROBERT J. LACK<br>GREGG S. LERNER<br>WILLIAM P. WEINTRAUB<br>RICHARD M. HOFFMAN<br>SCOTT M. BERMAN<br>ERIC CORNGOLD<br>HAL NEIER<br>PHILIPPE ADLER<br>LANCE J. GOTKO<br>KATHERINE L. PRINGLE<br>MERYL S. ROSENBLATT<br>DANIEL B. RAPPORT<br>DAVID I. TANENBAUM<br>HALLIE B. LEVIN<br>ANNE E. BEAUMONT<br>MARY E. MULLIGAN<br>EMILY A. STUBBS<br>KENT K. ANKER<br>AMY C. BROWN<br>RICARDO SOLANO JR.<br>JOHN N. ORSINI<br>JEFFREY R. WANG<br>JEFFREY C. FOURMAUX<br>JASON C. RUBINSTEIN | 7 TIMES SQUARE<br>NEW YORK, NY 10036-6516<br><br>TELEPHONE (212) 833-1100<br>FACSIMILE (212) 833-1250<br>WWW.FKLAW.COM<br><br>WRITER'S DIRECT DIAL<br>212-833-1100<br><br>WRITER'S DIRECT FAX<br>212-833-1250<br><br>E-MAIL<br>JRUBINSTEIN@FKLAW.COM | NORMAN ALPERT<br>ANDREW A. QUARTNER<br>ASAF REINDEL<br>COUNSEL<br><br>JESSICA A. MURZYN<br>MICHAEL A. GORDON<br>ROBERT S. LANDY<br>STEVEN E. FRANKEL<br>L. REID SKIBELL<br>EAMONN O'HAGAN<br>DANIEL R. GREENBERG<br>SHEELA V. PAI<br>TIMOTHY M. HAGGERTY<br>PHILIP A. WELLNER<br>AMY K. PENN<br>GREGORY W. FOX<br>RAHUL AGARWAL<br>CHRISTOPHER M. COLORADO<br>KENNETH N. EBIE<br>KIZZY L. JARASHOW<br>CHRISTOPHER L. McCALL<br>YITZCHAK E. SOLOVEICHIK<br>CARI FAIS<br>SAUMYA MANOHAR<br>PEARLINE M. KYI<br>ERIC J. FINKELSTEIN<br>JENNIFER A. MUSTES<br>CHARLES E. ENLOE<br>ALEXANDER D. LEVI<br>ELIZABETH S. LOSEY |

February 27, 2012

**BY ECF AND BY HAND**

The Honorable Sandra L. Townes
U.S. District Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Teddy Moore v. T-Mobile USA, Inc.*,
            No. 10 CV 00527 (SLT) (CLP)

Dear Judge Townes:

      We represent defendant T-Mobile USA, Inc. ("T-Mobile") in the above-referenced matter. In accordance with the Court's scheduling order, dated January 12, 2012 (Dkt. No. 72); its Order, dated February 8, 2012 (Dkt. No. 78); and Section III.C of Your Honor's Individual Motion Practices & Rules, we enclose courtesy copies of the following documents:

- Notice of T-Mobile's Renewed Motion Pursuant to Rule 56 to Compel Arbitration, dated February 1, 2012;

- T-Mobile's Statement of Undisputed Facts Pursuant to Local Rule 56.1 in Support of its Renewed Motion Pursuant to Rule 56 to Compel Arbitration, dated February 1, 2012;

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

- 2 -                                                                                                February 27, 2012

- Local Civil Rule 56.2 Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment, dated February 1, 2012;

- T-Mobile's Memorandum of Law in Support of its Renewed Motion Pursuant to Rule 56 to Compel Arbitration, dated February 1, 2012;

- The Declaration of Andrea M. Baca in Support of T-Mobile's Renewed Motion Pursuant to Rule 56 to Compel Arbitration, dated January 30, 2012, and the exhibits thereto;

- The Declaration of Jason C. Rubinstein, dated February 1, 2012, and the exhibits thereto;

- Plaintiff Teddy Moore's Affirmation in Opposition & Cross Motion, dated February 2, 2012 (previously filed as Dkt. No. 75); and

- T-Mobile's Reply Memorandum of Law in Support of its Renewed Motion Pursuant to Rule 56 to Compel Arbitration, dated February 27, 2012.

Respectfully,

Jason C. Rubinstein

Enclosures

cc:   Hon. Cheryl L. Pollak (by hand and ECF)
      Teddy Moore (by U.S. mail and ECF) (w\o encls.)