# Appendix C

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA

DEC - 1 2005

PATRICIA PRESLEY, COURT CLERK
By_____
Deputy

| | |
|---|---|
| HERZER, Timothy J., Individually and as Class Representative; and HERZER, Tamara L, Individually and as Class Representative, ) ) ) ) ) Plaintiffs, ) ) v. ) ) T-MOBILE U.S.A., INC., a Delaware ) Corporation; VOICESTREAM WIRELESS ) CORP., a Delaware Corporation; and ) VOICESTREAM WIRELESS HOLDING ) CORP., a Delaware Corporation, ) ) Defendants. ) | Case No. CJ-2005-1002<br><br>Honorable Bryan C. Dixon |

## ORDER GRANTING MOTION TO COMPEL ARBITRATION
## AND STAYING CASE PENDING ARBITRATION

The Court conducted a hearing on August 19, 2005 on Defendants' Motion to Dismiss Plaintiffs' Claims and Compel Arbitration or, in the Alternative, to Stay Proceedings (the "Motion"). The Plaintiffs appeared by and through their counsel, Raphael T. Glapion, and the Defendants appeared by and through their counsel, Kristine McAlister Brown, John E. Dowdell and Christine D. Little. Upon consideration of the Motion, Plaintiffs' Response to the Motion, the exhibits to those filings, and the arguments presented, the Court FINDS AND ORDERS as follows:

1. The parties' contracts contain a mandatory arbitration provision, which is binding;

2. The arbitration provision is not unconscionable under Oklahoma law; and

3. The Motion to Compel Arbitration is accordingly sustained, and the case is hereby stayed pending arbitration.

IT IS SO ORDERED.

BRYAN C. DIXON
BRYAN C. DIXON
DISTRICT JUDGE

AGREED AS TO FORM:

Edward T. White, OBA # 16549
Raphael T. Glapion, OBA # 19466
50 Penn Place, Suite 440
1900 NW Expressway
Oklahoma City, OK 73118-1803
Phone: (405) 810-8188
Fax: (405) 842-0336

ATTORNEYS FOR PLAINTIFFS

John E. Dowdell, OBA #2460
Christine D. Little, OBA #16677
Norman Wohlgemuth Chandler & Dowdell
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
Telephone: (918) 583-7571
Facsimile: (918) 584-7847

-and-

Kristine McAlister Brown
[admitted to practice by Order filed Aug. 16, 2005]
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

ATTORNEYS FOR DEFENDANTS

I, PATRICIA PRESLEY, Court Clerk for Oklahoma County, Okla., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the District Court Clerk's Office of Oklahoma County, Okla., this ___ day of _____, 20__.
By _____, Court Clerk
    _____ Deputy