## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1131

WRITER'S DIRECT FAX
212-373-7931

E-MAIL
JRUBINSTEIN@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY

February 27, 2012

**BY REGULAR MAIL**

Mr. Teddy Moore
400 East 30th Street
New York, New York 10016

      Re:   *Teddy Moore v. T-Mobile, USA, Inc.*, 10 CV 00527 (SLT) (CLP)

Dear Mr. Moore:

      As you know, we represent defendant T-Mobile USA, Inc. ("T-Mobile") in the above-referenced litigation. In accordance with the Court's Order, dated February 8, 2012 (Dkt. No. 78), I enclose T-Mobile's Reply Memorandum of Law in Support of its Renewed Motion Pursuant to Rule 56 to Compel Arbitration. Further, as required by Local Civil Rule 7.1(c), I enclose copies of all cases cited in T-Mobile's reply papers that are "unreported or reported exclusively on computerized databases."

      Sincerely,

      Jason C. Rubinstein

Enclosure

  cc:  Hon. Sandra L. Townes (w\o encl.) (by hand and ECF)
        Hon. Cheryl L. Pollak (w\o encl.) (by hand and ECF)

2666858.1