ORIGINAL

# **Teddy Moore**
400 East 30th Street
New York, NY 10016
Phone:917-715-7317
E-mail address: tm738@yahoo.com

March 9, 2012

To: Judge Sandra. L. Townes
U.S Federal Court for EDNY
225 Cadman Plaza East
Brooklyn NY   11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 14 2012 ★

BROOKLYN OFFICE

**RE:** Teddy Moore V. T.-Mobile USA Inc
Case:10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Dear Judge Townes,

I am Plaintiff in this case and this is my request to stay the litigations in this case for 30 days.

I intend within this time to file a motion for class certification by an experienced law firm with

class actions.

Please grant my request

Thank you,

Teddy Moore

CC:  Magistrate Judge Ms. Cheryl L. Pollak

Mr. Jason Rubinstein, Esq.

Pro Se Clerk of court

The application is   X granted.
                          ___ denied.
SO ORDERED.

X   s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: March 12, 2012
Brooklyn, New York



RECEIVED
MAR 09 2012
PRO SE OFFICE