FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 15 2012 ★
BROOKLYN OFFICE

**Teddy Moore**
400 East 30th Street
New York, NY 10016
Phone: 917-715-7317
E-mail address: tm738@yahoo.com

RECEIVED
MAR 12 2012
PRO SE OFFICE

March 12, 2012

To: Judge Sandra. L. Townes
U.S Federal Court for EDNY
225 Cadman Plaza East
Brooklyn NY 11201

The application is ___ granted.
SO ORDERED.     X denied.

RE: Teddy Moore V. T.-Mobile USA Inc
Case: 10 CV 00527 (SLT)(CLP)(E.D.N.Y)

Sandra L. Townes, U.S.D.
Dated: March 13, 2012
Brooklyn, New York

*This case has been stayed for 30 days to allow plaintiff to seek Counsel.*

Dear Judge Townes,

I am Plaintiff in this case and this is my request to set a status conference to discuss with the court all the non-resolved issues in this case.

The issues in this case have accumulated in the last two years of litigation because of absent any conference with the court that, either should have been taken place upon transfer of the case to this court from the state court, and/or upon of any of my motions that I requested oral arguments. There are many unresolved issues which require clarification by the court and this is the intent of this conference.

This case which was transferred from the state court should have been remanded immediately back to the state court that has exclusive jurisdiction of a TCPA case. The complaint in the state court has not raised any issues of diversity and thus there was no basis to keep the case in this court.

As the time has gone by and in an attempt to confer jurisdiction upon the court I offered to certify the case as class action and I am ready to do so with a law-firm that will represent me and the class.

If the issue of class certification will not be applied in this case, this court will remain with no subject matter jurisdiction and in such case a transfer to the state court is mandatory. There are some options in this matter which I would like to discuss with the court as well.

We continue to deal with the non-issue of arbitration and defendant's attorney continue with his puffery because he cannot present a valid agreement to arbitrate, and absent any defense he will continue to drum up this issue that has already been concluded by the court and is now on "Appeal" before the court (Not a review under rule 60). There are some issues concerning this matter that I would like to discuss with this court too.

I would like also to discuss some issues relating to the dismissal without prejudice of my cross motion for summary judgment, especially the claim by the court as if the discovery is not "complete" and other related issues.

I seek to get the advice of the court concerning all these issues raised above to make the case more efficient in time and effort for the parties and the court.

Thank you,

Teddy Moore

    CC:  Magistrate Judge Ms. Cheryl L. Pollak

          Mr. Jason Rubinstein, Esq.

          Pro Se Clerk of court