# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1131

WRITER'S DIRECT FAX
212-373-7931

E-MAIL
JRUBINSTEIN@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
EMILY L. CHANG
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY
BRETT J. HARTMAN*

* ADMITTED IN CA AND NJ

January 2, 2013

**BY ECF AND BY HAND**

The Honorable Sandra L. Townes
U.S. District Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  *Teddy Moore v. T-Mobile U.S.A., Inc.*,
      Case No. 10-CV-527 (SLT)(CLP) (E.D.N.Y.)

Dear Judge Townes:

   My firm represents defendant T-Mobile U.S.A., Inc. ("T-Mobile") in the above-referenced matter. I write in opposition to plaintiff Teddy Moore's second motion for sanctions against me (Dkt. No. 117) since Your Honor decided on September 28, 2012 to grant T-Mobile's motion to compel arbitration and dismiss Moore's claims.

   For the reasons set forth in our opposition to his previous application for sanctions (Dkt. No. 115), Moore's motion should be struck pursuant to FED. R. CIV. P. 11(a). (*See* Dkt. No. 116; *see also* Dkt. No. 114 at 1-2.) In addition, for the reasons described in T-Mobile's previous submissions (Dkt. Nos. 114 & 116), which are incorporated herein by reference, T-Mobile respectfully urges this Court to impose sanctions against Moore for persisting in filing vexatious motions that, in addition to making baseless attacks against my integrity and professional competence, have squandered this Court's time and unnecessarily multiplied the costs of this litigation. As

2780162.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

The Honorable Sandra L. Townes  - 2 -  January 2, 2013

this Court has already determined, Mr. Moore has a contractually-prescribed forum for litigating his alleged grievances with T-Mobile – the American Arbitration Association. He has no entitlement to continue using his access to this Court's docket to file harassing, nonsensical, and unsubstantiated motions against T-Mobile and its counsel.

Given Moore's conduct to date, it is certain that, absent restriction, he will continue his pattern of abusive conduct. Accordingly we respectfully request that Moore's motions for sanctions (Dkt. Nos. 115 & 117) be denied, and that Your Honor enter an order (i) barring Moore from filing any further papers under the docket number of this action without the Court's prior permission, (ii) imposing any additional or alternative sanctions that the Court deems necessary and appropriate to bring an end to Moore's misconduct, and (iii) directing the Clerk of the Court to close this case.

Respectfully,

*Jason Rubinstein*
Jason C. Rubinstein

cc: Hon. Cheryl L. Pollak (by hand and ECF)
James Costo, Esq. (by ECF)
Teddy Moore (by ECF)

2780162.1